UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SILA YILDIRIM, | CASE NO. C25-2696-KKE |
| Petitioner(s), | ORDER TO RESPOND TO MOTION FOR TEMPORARY RESTRAINING ORDER |
| v. | |
| CAMMILLA WAMSLEY, et al., | |
| Respondent(s). | |

Petitioner filed a petition for writ of habeas corpus challenging her immigration detention, and simultaneously moved for a temporary restraining order ("TRO") to prevent her removal from the United States or transfer from this jurisdiction to another detention facility before her petition is resolved. Dkt. Nos. 1, 2. After these filings were processed by the Court, the clerk entered a scheduling order requiring that the Government provide at least 48 hours' notice before Petitioner is removed or transferred. Dkt. No. 3 at 2.

Petitioner's TRO motion does not comply with Federal Rule of Civil Procedure 65(b)(1) in that it does not provide particularized reasoning why Petitioner needs relief before the Government can be heard. Dkt. No. 2. Accordingly, consistent with Local Civil Rule 65(b)(5), the Court ORDERS the Government to file any opposition to the TRO motion no later than noon on December 31, 2025. No reply will be considered.

ORDER TO RESPOND TO MOTION FOR TEMPORARY RESTRAINING ORDER - 1

The clerk is DIRECTED to email a copy of this order and the TRO motion (Dkt. No. 2) to USAWAW.ImmigrationHabeasService@usdoj.gov, which shall constitute service of the motion, and to RE-NOTE the TRO motion for December 31, 2025.

Finally, Petitioner's counsel is DIRECTED to review this District's General Order 10-25, which overlaps with the relief sought in the TRO motion.[1]  General Order 10-25 "is intended to provide a prompt resolution to habeas petitions that should reduce the contemporaneous filing of motions for temporary restraining orders seeking release from custody or the relief that is otherwise requested by the habeas petition." W.D. Wash. Gen. Ord. 10-25 at 3.  To that end, the Order provides that, in immigration habeas cases, the Court will automatically enter a standard scheduling order that requires the Government to provide at least 48 hours' notice before a petitioner is removed or transferred. *Id.* at 3, 6.  Accordingly, "[m]otions for temporary restraining orders should be reserved for matters where the petitioner alleges *imminent, irreparable harm*, such as *imminent removal from the United States*." *Id.* at 3 (emphasis added).  Such motions "must meet the requirements of Federal Rule of Civil Procedure 65 and Local Civil Rule 65." *Id.*

Dated this 29th day of December, 2025.

*[signature]*

Kymberly K. Evanson
United States District Judge

---

[1] All General Orders of the Western District of Washington can be found at https://www.wawd.uscourts.gov/general-orders-current.

ORDER TO RESPOND TO MOTION FOR TEMPORARY RESTRAINING ORDER - 2