UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SILA YILDIRIM,<br><br>　　　　　　Petitioner(s),<br><br>　v.<br><br>CAMMILLA WAMSLEY, et al.,<br><br>　　　　　　Respondent(s). | CASE NO. C25-2696-KKE<br><br>ORDER GRANTING UNOPPOSED MOTION FOR A TEMPORARY RESTRAINING ORDER |

 Petitioner filed a petition for writ of habeas corpus challenging her immigration detention, and simultaneously moved for a temporary restraining order to prevent her removal from the United States or transfer from this jurisdiction to another detention facility before her petition is resolved. Dkt. Nos. 1, 2. The Federal Respondents filed a response indicating they "do not oppose Petitioner's motion for a temporary restraining order and agree to (1) not remove Petitioner from this Court's jurisdiction, and (2) not transfer her from the Northwest ICE Processing Center in Tacoma, Washington, or to any other facility while these proceedings are pending, unless transfer is necessary for medical evaluation, treatment, or release." Dkt. No. 6.

 Accordingly, the Court orders that Petitioner's motion (Dkt. No. 2) is GRANTED. Respondents are PROHIBITED from removing Petitioner from the United States or this jurisdiction—i.e., the Western District of Washington—while these proceedings are pending, unless transfer is necessary for medical evaluation, treatment, or release.

ORDER GRANTING UNOPPOSED MOTION FOR A TEMPORARY RESTRAINING ORDER - 1

Dated this 31st day of December, 2025.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR A TEMPORARY RESTRAINING ORDER - 2