# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SILA YILDIRIM,<br><br>                    Petitioner(s),<br>     v.<br><br>LAURA HERMOSILLO, et al.,<br><br>                    Respondent(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER C25-2696-KKE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Petitioner's habeas petition (Dkt. No. 1) is GRANTED.

Dated January 15, 2026.

Joshua C. Lewis
Clerk of Court

/s/ Alejandro Pasaye Hernandez
Deputy Clerk
